

# In the United States Court of Federal Claims

No. 15-1229C
(Filed: December 21, 2015)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IIUDAH ABRAHIM BEY ISRAEL,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

DEC 2 1 2015

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Plaintiff, appearing *pro se*, filed a packet of documents on October 21, 2015, one of which the clerk's office identified as a complaint. It consists largely of an unintelligible collection of what plaintiff must assume is legalese. It also lists a variety of historical statutes, treaties, and events regarding the United States and other countries. What the complaint does not offer is a cause of action cognizable under the Tucker Act, necessary for the court to assert jurisdiction. We are limited to "render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States . . . in cases not sounding in tort." 28 U.S.C. § 1491(a)(1) (2012). Plaintiff has not pled a claim for money founded on the constitution, a statute or regulation, or a contract with the United States. That being the case, the case must be dismissed. *See* Rule 12(h)(3) of the Rules of the United States Court of Federal Claims.

Plaintiff also attempted to file several other papers which the clerk's office has not docketed because they suffer from a variety of procedural defects. These documents must be returned unfiled because there is no provision in the court's rules allowing them to be filed. Accordingly, the following is ordered:

1. The clerk's office is directed to return the documents received on November 24, 2015 and December 10, 2015 to plaintiff unfiled.

2. The Clerk of Court is directed to dismiss the complaint without prejudice and enter judgment accordingly. No costs.

_____
ERIC G. BRUGGINK
Judge

2